Stephen M. CHRZAN, Jr.,
Plaintiff–Appellant,

v.

Paul G. BUTLER, Jr., Chairman, NC Parole Commission; Willis J. Fowler, Commissioner; Anthony E. Rand, Commissioner; Derrick E. Wadsworth, Commissioner, Defendants–Appellees,

and

Patrick L. McCrory, Governor; Beverly Perdue, Defendants.

No. 15–7378.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Stephen M. Chrzan, Jr., Appellant Pro Se. Jodi Harrison, North Carolina Department of Public Safety, Raleigh, North Carolina, for Appellees.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen M. Chrzan, Jr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chrzan v. Butler,* No. 5:13-ct-03156-BO (E.D.N.C. filed May 29, 2014; entered May 30, 2014 & July 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*